David Milton SPROUSE, Plaintiff in Error,.

v.

The STATE of Oklahoma, Defendant in Error.

No. A–14295.

Court of Criminal Appeals of Oklahoma.

Oct. 4, 1967.

Wayne Hagle, Oklahoma City, for plain-tiff in error.

G. T. Blankenship, Atty. Gen., Hugh H. Collum, Asst. Atty. Gen., for defendant in error.

NIX, Presiding Judge:

Plaintiff in Error, David Milton Sprouse, was convicted in the District Court of Oklahoma County with the crime of Taking Indecent Liberties with a Female Child Under the Age of Fourteen Years. From that conviction he has attempted to appeal to this Court by casemade with petition in error attached.

This cause was filed in this Court on May 3, 1967. On June 1, 1967, the Attorney General filed a Motion to Dismiss on the grounds that the casemade does not contain a judgment and sentence, or show whether the defendant is in the penitentiary or on bail.

No attempt to refute the Motion has been made, and the case was set for argument on the motion on September 20, 1967; at which time the cause was submitted.

The law is clear and concise on this matter. We have stated repeatedly, as in Greenwood v. State, Okl.Cr., 375 P.2d 661:

"Where casemade does not contain formal judgment and sentence, the record cannot be considered even as a transcript, and the appeal will be dismissed."

Therefore, the state's Motion to Dismiss is sustained, and the attempted appeal dismissed, judgment and sentence affirmed.

BUSSEY and BRETT, JJ., concur.